[No. 41187-3-II.  Division Two.  December 20, 2011.]

RICHARD TAKACH ET AL., *Respondents*, v. BENTER A. ORIKO,
*Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 06-2-03203-2, John P. Wulle, J., entered August 13, 2010. *Reversed in part* and *remanded* by unpublished opinion per Worswick, J., concurred in by Penoyar, C.J., and Van Deren, J.

[No. 29034-4-III.  Division Three.  December 20, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHELE MERLYNN
MARTINEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 08-1-02432-1, Ruth E. Reukauf, J., entered May 6, 2010. *Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Brown and Siddoway, JJ.

[No. 29548-6-III.  Division Three.  December 22, 2011.]

DAN HENDERSON ET AL., *Appellants*, v. JOHN PEDERSON,
*as Director, Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 09-2-03290-9, Annette S. Plese, J., entered November 10, 2010. *Affirmed* by unpublished opinion per Korsmo, A.C.J., concurred in by Sweeney and Brown, JJ.

[No. 65678-3-I.  Division One.  December 27, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN RANDALL
PEGUES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-03511-0, Theresa B. Doyle, J., entered May 28, 2010. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Dwyer, C.J., concurred in by Schindler and Spearman, JJ.